**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv434**

| | |
|---|---|
| **CLARIANT CORPORATION,** ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| **BRIDGE TERMINAL TRANSPORT, INC.,** ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Mediator's report advising that the case has settled.

The Court will allow the parties until on or before **April 10, 2008** to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **April 10, 2008**.

Signed: March 10, 2008

Martin Reidinger
United States District Judge